# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PHELPS, | 1:12-cv-01562 AWI MJS HC |
| Petitioner, | ORDER GRANTING TRANSFER OF RECORDS TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT |
| v. | |
| RICK HILL, Warden, | (Doc. 10) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2013, the Court dismissed Petitioner's petition and declined to issue a certificate of appealability. (See ECF No. 4.) On February 25, 2013, Petitioner filed a motion to transfer records to the Court of Appeals for the Ninth Circuit for review on appeal. (ECF No. 10.) The motion is granted. The Court shall transfer all records to the Court of Appeals in the usual course to facilitate appellate review.

IT IS SO ORDERED.

Dated:   March 28, 2013            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE